Decision Per Curiam.

---

Andrew J. Dixon, John Daughtery and Elam B. Carleton, Plaintiffs in Error, vs. The Singer Manufacturing Company, a Corporation under the laws of New Jersey, Defendant in Error.

Memorandum Decisions.

DIVISION A

Writ of error to Circuit Court, DeSoto county; Joseph B. Wall, Judge.

*J. H. Hancock*, for Plaintiffs in Error.

*Wilson & Wilson*, for Defendant in Error.

This action was brought by the defendant in error against the plaintiffs in error. There was judgment for the plaintiff, and the defendants take writ of error. The judgment is affirmed.